# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Mary K McDonald, ) | |
| ) | 4:17-cv-01681-RBH |
| Plaintiff(s), ) | |
| ) | |
| vs ) | |
| ) | |
| Wyndham Resorts Corporation, ) | |
| ) | |
| Defendant(s). ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of

_____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus

postjudgment interest at the date of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)*_____.

✔ other: This case is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by a jury with Judge_____without a jury and the above decision was reached. rendered a verdict.

✔ decided by the Honorable R. Bryan Harwell, United States District Judge, who adopts the Report and Recommendation of Kaymani D. West, United States Magistrate Judge, and grants defendant's motion to dismiss.

                            Robin L. Blume
                            CLERK OF COURT

December 15, 2017                By: s/Leah M. Suttles
                            Deputy Clerk